UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USENS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SHI CHI,<br><br>    Defendant. | Case No. 18-cv-01959-SVK<br><br>**ORDER TO DEFENDANT TO SHOW CAUSE AS TO WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION TO STRIKE**<br><br>Re: Dkt. No. 14 |

On June 8, 2018, Plaintiff Usens, Inc. filed a motion to dismiss Defendant Chi Shi's counterclaim and a motion to strike Defendant's seventeen affirmative defenses. ECF 14. Defendant filed an amended counterclaim on June 29, 2018, as permitted under Fed. R. Civ. P. 15(a)(1)(B). ECF 20. While Defendant's amended counterclaim moots Plaintiff's motion to dismiss, Defendant did not file an opposition to Plaintiff's motion to strike by the June 22, 2018, deadline. As a result, the Court ORDERS Defendant to SHOW CAUSE as to why the Court should not strike Defendant's seventeen affirmative defenses. Defendant shall respond to this Order in writing by July 12, 2018.

**SO ORDERED.**

Dated: July 2, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge